COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 MAY 21, 2015
 No. 10-15-00005-CV
 CEELLU WILLIAMS
 v.
 TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER
 
 
 From the 72[nd] District Court
 Lubbock County, Texas
 Trial Court No. 2013-509,298
 
--------------------------------------------------------------------------------
JUDGMENT

 This proceeding has been considered by the Court. Because the Court finds no error in the trial court's order, it is the judgment of this Court that the trial court's Order Granting Defendant's Plea to the Jurisdiction signed on May 2, 2014 is affirmed.
It is further ordered that Texas Tech University Health Sciences Center is awarded judgment against Ceellu Williams for Texas Tech University Health Sciences Center's appellate costs that were paid, if any, by Texas Tech University Health Sciences Center; and all unpaid appellate court cost, if any, is taxed against Ceellu Williams.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk